UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CRYSTAL BAXTER, O/B/O A.D.C.** | **CIVIL ACTION NO. 20-cv-1549** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **U.S. COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 22], and after a *de novo* review of the record, with no written objections having been filed, the Court finds that the Magistrate Judge was correct under the applicable law.

**IT IS ORDERED** that the Commissioner's decision to deny benefits is hereby **AFFIRMED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of September, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE